**MINNEAPOLIS STAR AND TRIBUNE COMPANY, Respondent,**

v.

**MINNESOTA COMMISSIONER OF REVENUE, Appellant.**

No. 51616.

Supreme Court of Minnesota.

May 6, 1983.

PER CURIAM.

Pursuant to the mandate of the United States Supreme Court dated April 28, 1983, filed herein on May 2, 1983, reversing the judgment of this court with costs, the judgment of this court reversing the trial court's judgment is hereby vacated and set aside, and the judgment of the trial court is hereby affirmed.

Affirmed.